JACK P. FRIEDMAN, Doing Business under the Name of CENTRAL ELECTRIC ALARMS, Appellant, v. ELSIE HALPERN et al., Copartners Doing Business under the Name of TRIBORO BURGLAR ALARM Co., Respondents. (Appeal No. 1.) —

In an action to restrain the violation of a covenant against engaging in certain business in a specified area, plaintiff appeals from an order denying his motion to preclude defendants because of their alleged failure to comply with a prior order directing the service of a bill of particulars. Order affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.